FILED
2021 Feb-17 PM 01:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00227 |
| **PHILLIP ANDREW BROMLEY** | ) Assigned to: Judge Faruqui, Zia M |
| ███████ | ) Assign Date: 2/12/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Unlawful Entry to Restricted Building |
| 40 U.S.C. § 5104(e)(2) | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*William Novak*

*Complainant's signature*

William Novak, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means).

Date: 02/12/2021

*Judge's signature*

City and state: Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge

*Printed name and title*