# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

vs.

PHILLIP ANDREW BROMLEY

Case Number: 2:21-mj-050-JHE

**Charging District Number: 1:21-mj-00227**

## ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The defendant having appeared before this Court pursuant to Rule 40, Fed.R.Crim.P., and proceedings having been concluded and the defendant released:

**IT IS ORDERED** that the defendant be held to answer in the United States District Court for the District of Columbia; and shall appear at all proceedings as required. The defendant shall next appear virtually at 1:00 p.m., on any weekday no sooner than 3 business days following the Rule 5 hearing in the jurisdiction of arrest.

DONE this 18th day of February, 2021.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE